UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN W. NEVILLE, JR.,

    Plaintiff,

v.

TERRIBLE HERBST INC., *et al.*,

    Defendants.

Case No. 2:15-CV-01968-KJD-PAL

<u>**ORDER**</u>

    Presently before the Court is Plaintiff's Notice of Voluntary Dismissal (#13). No response in opposition has been filed. No answer or motion for summary judgment having been filed, the Court notes that this action is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A). All outstanding motions are denied as moot. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

    DATED this 15th day of December 2015.

Kent J. Dawson
United States District Judge